UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

SFR SERVICES, LLC,

     Plaintiff,

v.                                                          Case No.:  2:22-cv-573-SPC-KCD

HERITAGE PROPERTY &
CASUALTY INSURANCE
COMPANY,

     Defendant.

_____/

## **ORDER**[1]

Before the Court is Plaintiff SFR Services LLC's Complaint.  (Doc. 1).
This is a breach of contract case where SFR claims the Court has diversity
jurisdiction.

Because federal courts have limited jurisdiction, they are "obligated to
inquire into subject matter jurisdiction sua sponte whenever it may be
lacking."  *Univ. of S. Ala. v. Am. Tobacco Co.*, 168 F.3d 405, 410 (11th Cir.
1999).  Federal courts have original jurisdiction over cases with complete
diversity and an amount in controversy over $75,000, exclusive of interest and
costs.  28 U.S.C. § 1332(a).  Here, SFR has provided insufficient information

---

[1] Disclaimer: Papers hyperlinked to CM/ECF may be subject to PACER fees.  By using
hyperlinks, the Court does not endorse, recommend, approve, or guarantee any third parties
or their services or products, nor does it have any agreements with them.  The Court is not
responsible for a hyperlink's functionality, and a failed hyperlink does not affect this Order.

about the citizenship of Defendant Heritage Property & Casualty Insurance Company.  All that's pled is "Defendant is a Florida For-Profit Corporation in the business of insurance, and conducting business in Fort Myers, Lee County, Florida, and throughout the State of Florida." (Doc. 1 at 2).  But a corporation is a citizen of "every State and foreign state by which it has been incorporated *and* of the State or foreign state where it has its principal place of business…" 28 U.S.C. § 1332(c)(1) (emphasis added).  Because SFR has neither explicitly stated where Heritage is incorporated nor alleged anything about where Heritage's *principal* place of business is located, the Court can only speculate about its citizenship.  But speculation is not enough for Plaintiff to meet its jurisdictional burden.  The Court thus finds that is lacks subject matter jurisdiction over this action and dismisses the Complaint without prejudice.

Accordingly, it is now

**ORDERED:**

1. The Complaint (Doc. 1) is **DISMISSED without prejudice** for lack of subject matter jurisdiction.

2. Plaintiff SFR Services LLC may file an amended complaint on or before September 21, 2022.  **Failure to do so will cause this action to be closed without further notice.**

**DONE** and **ORDERED** in Fort Myers, Florida on September 14, 2022.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record